UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MAZUR,

    Plaintiff,                                  Case No. 15-cv-11634
                                                 Hon. Matthew F. Leitman

v.

TOTAL FINANCE USA *et al.*

    Defendants.

_____/

## ORDER DISMISSING COMPLAINT (ECF #1) WITHOUT PREJUDICE

On May 16, 2015, Plaintiff Robert Mazur ("Mazur") filed this action against Defendants Total Finance USA, Life Insurance Company of North America, and Paulstra CRC Corporation (collectively, "Defendants"). (*See* ECF #1.) It does not appear that Defendants have ever been served with the Complaint. If Defendants have been served, they have not filed any responsive pleadings, and Mazur has not moved for a default.

Given the lack of progress in this case, the Court issued an Order to Show Cause on September 16, 2015 (the "Show Cause Order"). (*See* ECF #5.) In the Show Cause Order, the Court ordered Mazur to show cause, in writing, by no later than September 30, 2015, why his action "should not be dismissed for failure to prosecute." (*Id.* at 1, Pg. ID 12.) The Court warned Mazur that his "[f]ailure to respond [to the Show Cause Order] may result in dismissal of the case." (*Id.*)

1

Mazur never responded to the Show Cause Order as the Court required, nor has he provided any basis for the Court to conclude that he is prosecuting his case against Defendants. Accordingly, pursuant to Local Rule 41.2[1], **IT IS HEREBY ORDERED** that Mazur's Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated: October 8, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2015, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (313) 234-5113

---

[1] The relevant provision of Local Rule 41.2 is as follows: "[W]hen it appears that … the parties have taken no action for a reasonable time, the court may, on its own motion after reasonable notice or on application of a party, enter an order dismissing or remanding the case unless good cause is shown." E.D. Mich. L.R. 41.2.